**Marlingrey6**
## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:
**RICHARD JOSEPH DARCY**                                    CASE NO.
**NICOLE LORRAINE DARCY**
**Debtor.**                                                 **CHAPTER 13**

---

### STATEMENT UNDER PENALTY OF PERJURY CONCERNING
### PAYMENT ADVICES DUE PURSUANT TO 11 USC 521(a)(1)(B)(iv)
### REGARDING NICOLE LORRAINE DARCY

---

I, **NICOLE LORRAINE DARCY**, state the following:

I did not file with the Court copies of all payment advices or other evidence of payment received within sixty (60) days prior to the date my voluntary petition was filed with the Court because:

(X)   I was not employed within the sixty (60) days prior to case filing.

(  )   I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from an employer within sixty (60) days prior to the date my voluntary petition was filed.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: May 4, 2017

/s/ *[signature]*
NICOLE LORRAINE DARCY



*COGNIZANT TECHNOLOGY SOLUTIONS*
*211 QUALITY CIRCLE*
*COLLEGE STATION, TX 77845*

# Earnings    Statement



| | |
|---|---|
| Period Beginning: | 03/01/2017 |
| Period Ending: | 03/15/2017 |
| Pay Date: | 03/15/2017 |

Taxable Marital Status:     Married
Exemptions/Allowances:
    Federal:          7
    CO:                7

**RICHARD  J  DARCY**
**9841  JEFFERSON  PKWY**
**APT  A1**
**ENGLEWOOD  CO  80112-5967**

Social Security Number: ▉▉▉▉▉

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 64.9000 | | 5,624.88 | 28,124.64 |
| **Gross Pay** | | | **$5,624.88** | 28,124.64 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $5,278.87

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -579.24 | 2,896.26 |
| | Social Security Tax | -330.78 | 1,653.90 |
| | Medicare Tax | -77.36 | 386.80 |
| | CO State Income Tax | -173.00 | 346.00 |
| | CA SUI/SDI Tax | -47.98 | 239.89 |
| | CA State Income Tax | | 645.03 |

| | Other | | |
|---|---|---|---|
| | Hospital Plan | -12.55 | 62.75 |
| | Illness Plan Lo | -25.61 | 128.05 |
| | Life Ins | -45.56 | 227.80 |
| | Pretax Dental | -23.50* | 117.50 |
| | Pretax Medical | -265.00* | 1,325.00 |
| | Pretax Vision | -5.50* | 27.50 |
| | Unum Plan | -28.66 | 143.30 |
| | Vol Acc 40/20 | -9.00 | 45.00 |
| | Vol Child Life | -0.58 | 2.90 |
| | Vol Spousl Life | -16.88 | 84.40 |
| | 401K Pretax | -56.25* | 281.25 |
| **Net Pay** | | **$3,927.43** | |
| | Checking3 | -3,927.43 | 19,511.31 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 4.24 | 21.20 |

© 2000 ADP, LLC

COGNIZANT  TECHNOLOGY  SOLUTIONS
211  QUALITY  CIRCLE
COLLEGE  STATION , TX  77845

**Advice number:** ▉▉▉▉▉
Pay  date:                           03/15/2017

Deposited  to  the  account  of
**RICHARD   J  DARCY**

| | account number | transit ABA | amount |
|---|---|---|---|
| | ▉▉▉ | ▉▉▉ | $3,927.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



# Earnings   Statement



877-0002

*COGNIZANT TECHNOLOGY SOLUTIONS*
*211 QUALITY CIRCLE*
*COLLEGE STATION, TX 77845*

| | |
|---|---|
| Period Beginning: | 03/16/2017 |
| Period Ending: | 03/31/2017 |
| Pay Date: | 03/31/2017 |

Taxable Marital Status:     Married
Exemptions/Allowances:
   Federal:            7
   CO:                 7

**RICHARD  J  DARCY**
**9841  JEFFERSON  PKWY**
**APT  A1**
**ENGLEWOOD  CO  80112-5967**

Social Security Number: ▓▓▓▓

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 64.9000 | | 5,624.88 | 33,749.52 |
| **Gross Pay** | | | **$5,624.88** | 33,749.52 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$5,278.87

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -579.24 | 3,475.50 |
| | Social Security Tax | -330.78 | 1,984.68 |
| | Medicare Tax | -77.36 | 464.16 |
| | CO State Income Tax | -173.00 | 519.00 |
| | CA SUI/SDI Tax | -47.98 | 287.87 |
| | CA State Income Tax | | 645.03 |
| | **Other** | | |
| | Hospital Plan | -12.55 | 75.30 |
| | Illness Plan Lo | -25.61 | 153.66 |
| | Life Ins | -45.56 | 273.36 |
| | Pretax Dental | -23.50* | 141.00 |
| | Pretax Medical | -265.00* | 1,590.00 |
| | Pretax Vision | -5.50* | 33.00 |
| | Unum Plan | -28.66 | 171.96 |
| | Vol Acc 40/20 | -9.00 | 54.00 |
| | Vol Child Life | -0.58 | 3.48 |
| | Vol Spousl Life | -16.88 | 101.28 |
| | 401K Pretax | -56.25* | 337.50 |
| | **Net Pay** | **$3,927.43** | |
| | Checking3 | -3,927.43 | 23,438.74 |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 4.24 | 25.44 |

© 2000 ADP, LLC

---

COGNIZANT  TECHNOLOGY  SOLUTIONS
211  QUALITY  CIRCLE
COLLEGE  STATION , TX 77845

Advice number:   ▓▓▓▓
Pay date:                    03/31/2017

Deposited  to  the  account  of
**RICHARD  J DARCY**

| | account number | transit ABA | amount |
|---|---|---|---|
| | ▓▓▓▓ | ▓▓▓▓ | $3,927.43 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| | | | | | 1 |

**Earnings   Statement**



COGNIZANT TECHNOLOGY SOLUTIONS
211 QUALITY CIRCLE
COLLEGE STATION, TX 77845

| Period Beginning: | 04/01/2017 |
|---|---|
| Period Ending: | 04/15/2017 |
| Pay Date: | 04/14/2017 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:            7
    CO:                 7

**RICHARD J DARCY**
**9841 JEFFERSON PKWY**
**APT A1**
**ENGLEWOOD CO 80112-5967**

Social Security Number:

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 64.9000 | | 5,624.88 | 39,374.40 |
| **Gross Pay** | | | **$5,624.88** | 39,374.40 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$5,278.87

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -579.24 | 4,054.74 |
| | Social Security Tax | -330.78 | 2,315.46 |
| | Medicare Tax | -77.36 | 541.52 |
| | CO State Income Tax | -173.00 | 692.00 |
| | CA SUI/SDI Tax | -47.98 | 335.85 |
| | CA State Income Tax | | 645.03 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 4.24 | 29.68 |

| | Other | | |
|---|---|---|---|
| | Hospital Plan | -12.55 | 87.85 |
| | Illness Plan Lo | -25.61 | 179.27 |
| | Life Ins | -45.56 | 318.92 |
| | Pretax Dental | -23.50* | 164.50 |
| | Pretax Medical | -265.00* | 1,855.00 |
| | Pretax Vision | -5.50* | 38.50 |
| | Unum Plan | -28.66 | 200.62 |
| | Vol Acc 40/20 | -9.00 | 63.00 |
| | Vol Child Life | -0.58 | 4.06 |
| | Vol Spousl Life | -16.88 | 118.16 |
| | 401K Pretax | -56.25* | 393.75 |
| | **Net Pay** | **$3,927.43** | |
| | Checking3 | -3,927.43 | 27,366.17 |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

COGNIZANT TECHNOLOGY SOLUTIONS
211 QUALITY CIRCLE
COLLEGE STATION , TX 77845

| **Advice number:** | |
|---|---|
| Pay date: | 04/14/2017 |

Deposited to the account of
**RICHARD J DARCY**

| account number | transit ABA | amount |
|---|---|---|
| | | $3,927.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|

**Earnings   Statement**

ADP®

COGNIZANT TECHNOLOGY SOLUTIONS
211 QUALITY CIRCLE
COLLEGE STATION, TX 77845

| Period Beginning: | 04/16/2017 |
|-------------------|------------|
| Period Ending: | 04/30/2017 |
| Pay Date: | 04/28/2017 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:          7
   CO:               7

RICHARD J DARCY
9841 JEFFERSON PKWY
APT A1
ENGLEWOOD CO 80112-5967

Social Security Number:

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 64.9000 | | 5,624.88 | 44,999.28 |
| Gross Pay | | | $5,624.88 | 44,999.28 |

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$5,278.87

| Deductions | Statutory | | this period | year to date |
|------------|-----------|--|-------------|--------------|
| | Federal Income Tax | | -579.24 | 4,633.98 |
| | Social Security Tax | | -330.77 | 2,646.23 |
| | Medicare Tax | | -77.36 | 618.88 |
| | CO State Income Tax | | -173.00 | 865.00 |
| | CA SUI/SDI Tax | | -47.98 | 383.83 |
| | CA State Income Tax | | | 645.03 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| G.T.L. | 4.24 | 33.92 |

| | Other | this period | year to date |
|--|-------|-------------|--------------|
| | Garn | -1,104.13 | 1,104.13 |
| | Hospital Plan | -12.55 | 100.40 |
| | Illness Plan Lo | -25.61 | 204.88 |
| | Life Ins | -45.56 | 364.48 |
| | Pretax Dental | -23.50* | 188.00 |
| | Pretax Medical | -265.00* | 2,120.00 |
| | Pretax Vision | -5.50* | 44.00 |
| | Unum Plan | -28.66 | 229.28 |
| | Vol Acc 40/20 | -9.00 | 72.00 |
| | Vol Child Life | -0.58 | 4.64 |
| | Vol Spousl Life | -16.88 | 135.04 |
| | 401K Pretax | -56.25* | 450.00 |
| | Net Pay | $2,823.31 | |
| | Checking3 | -2,823.31 | 30,189.48 |
| | Net Check | $0.00 | |

© 2000 ADP, LLC

COGNIZANT TECHNOLOGY SOLUTIONS
211 QUALITY CIRCLE
COLLEGE STATION , TX 77845

Advice number:
Pay date:                    04/28/2017

Deposited to the account of
RICHARD J DARCY

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | | | $2,823.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**